# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

MULI JIANG,

      Petitioner,

v.                                                    CASE NO: 2:09-cv-370-FtM-99SPC

ERIC HOLDER, et al.,

      Respondents.

_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Petitioner's Motion to Vacate (Dkt. 13) is granted. The Court overlooked the fact the Petitioner was previously granted twenty (20) days to file a reply to Respondents' response. The Clerk shall set aside the order of dismissal and reopen the case. Petitioner's counsel shall file a reply within twenty (20) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on September 8, 2009.


        _s/Richard A. Lazzara_____
        **RICHARD A. LAZZARA**
        **UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record